**Opinion filed October 7, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00219-CV

_____

## IN THE MATTER OF THE ESTATE OF
## IDA BALDWIN DENISON, DECEASED

**On Appeal from the 39th District Court**
**Stonewall County, Texas**
**Trial Court Cause No. 4222-A/4222-B**

## M E M O R A N D U M   O P I N I O N

Bobby M. Denison has perfected an appeal in this case. When he filed his notice of appeal on May 14, 2010, Denison did not file an affidavit of inability to pay court costs. Both the clerk of the trial court and the court reporter have informed this court in writing that Denison has failed to comply with the requirements of Tex. R. App. P. 35.1.

On August 23, 2010, the clerk of this court wrote the parties advising them of the status of the record. Denison was directed to respond by making the necessary arrangements for the filing of the appellate record. There has been no response to our August 23 letter, and the record has not been filed.

Therefore, the failure to file the appellate record appears to be due to Denison's actions. The appeal is dismissed. Tex. R. App. P. 37.2.

October 7, 2010                                          PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.